IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANETTE SANTIAGO,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **NO. 09 - 1269** |
| **EASTERN SAVINGS BANK, FSB,** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 28th day of February 2011, upon consideration of Eastern Savings Bank, FSB's Second Motion for Summary Judgment Pursuant to F.R.C.P. 56 (Document No. 55, filed September 1, 2010), Plaintiff's Response in Opposition to Defendant Eastern's Motion for Summary Judgment (Document No. 61, filed November 8, 2010) and Reply Brief to Plaintiff's Brief in Opposition to Eastern Savings Bank, FSB's Motion for Summary Judgment (Document No. 64, filed December 10, 2010), for the reasons set forth in the Memorandum dated February 28, 2011, **IT IS ORDERED** that Eastern Savings Bank, FSB's Second Motion for Summary Judgment Pursuant to F.R.C.P. 56 (Document No. 55, filed September 1, 2010) is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Eastern Savings Bank, FSB and **AGAINST** plaintiff, Janette Santiago.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**

 /s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**